**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **BRADLEY SHAWN ROSE,**<br>        **Plaintiff,** | **Civil Action No. 7:19-cv-00418** |
| **v.** | **OPINION** |
| **TRISH MCCOY,**<br>        **Defendant(s),** | **By:  James P. Jones**<br>**United States District Judge** |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered June 7, 2019, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On June 18, 2019 plaintiff returned a signed trust fund account statement however the required six-month statements were not included. The court entered another order giving plaintiff one last opportunity to comply with the conditions as directed giving plaintiff an additional twenty days to send in the six-month statements.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This __6th__ day of August, 2019.

/s/ James P. Jones
United States District Judge